# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00272-CV

### In re Derrick Woodfin and Shawn Johnson-Woodfin

---

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

---

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Filed: May 18, 2022